## Nicholas Berns, Appellant, v. Oscar S. Perry, Appellee.

### (Not to be reported in full.)

Appeal from the Circuit Court of Shelby county; the Hon. THOMAS M. JETT, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed April 16, 1917.

### Statement of the Case.

Action by Nicholas Berns, plaintiff, against Oscar S. Perry, defendant, to recover on a note for $260.50. From a judgment for defendant upon a verified plea denying the execution of the note, plaintiff appeals.

W. C. & T. M. HEADEN, for appellant.

WHITAKER, WARD & PUGH, for appellee.

MR. JUSTICE ELDREDGE delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

1. BILLS AND NOTES, § 80*—*how forged instrument may be ratified.* A forged instrument may be ratified either directly or by implication under certain circumstances.

2. BILLS AND NOTES, § 80*—*when forged instrument deemed ratified.* A party can only be held to have ratified a forged instrument when he acted with full knowledge of all the material facts.

3. BILLS AND NOTES, § 80*—*when ratification of forged instrument not implied.* Ratification of a forged instrument will never be implied from a doubtful state of facts.

4. ESTOPPEL, § 37*—*when estoppel in pais created.* The doctrine of estoppel *in pais* is to prevent injuries arising from conduct or declaration which have been acted on in good faith and which would be inequitable to permit the party to retract, and in order to create such estoppel the party estopped must have induced the other party to occupy a position which he would not have occupied but for such acts and declarations, and which also must be such as would ordinarily lead to the result complained of.